Nancy Zhang, (SBN 294675)
Alessandro Manno, (SBN 328746)
**CONSUMER LAW EXPERTS, PC**
800 Parkview Dr. N
El Segundo, California 90245
Telephone: (310) 442-1410
Fax: (877) 566-8828
nancy@nolemon.com
sandro@nolemon.com

Attorneys for Plaintiff,
MARK RIDENER

Brian Vanderhoof, (SBN 248511)
Jonathan Won, (SBN 293910)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
45 Fremont Street, Suite 3000
San Francisco, California 94105
Telephone: (213) 680-5064
Facsimile: (213) 250-7900

Attorneys for Defendant,
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RIDENER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; NORM REEVES, INC.; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.: 8:24-cv-01561-FWS (JDEx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Mark Ridener, and Defendant, Ford Motor Company, by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in the above referenced matter. The parties request that the Court vacate all upcoming hearings.

Once all terms of the settlement are completed, the parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The parties anticipate that all terms of the settlement will be complete within 90 days.

Dated: September 5, 2024,   **CONSUMER LAW EXPERTS, PC**

By: /s/ *Alessandro Manno*
Alessandro Manno
Attorneys for Plaintiff,
MARK RIDENER

Dated: September 5, 2024,   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Brian Vanderhoof*
Brian Vanderhoof
Jonathan Won
Attorneys for Defendant,
FORD MOTOR COMPANY

## **SIGNATURE ATTESTATION**

I hereby certify that the authorization for the submitting of this document has been obtained by each of the other signatories shown above and that all signatories concur in the document's content.

By: /s/ *Alessandro Manno*
Alessandro Manno

# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

By: /s/ *Alessandro Manno*
Alessandro Manno