1  Nancy Zhang, (SBN 294675)
   Alessandro Manno, (SBN 328746)
2  **CONSUMER LAW EXPERTS, PC**
   800 Parkview Dr. N
3  El Segundo, California 90245
   Telephone: (310) 442-1410
4  Fax: (877) 566-8828
   nancy@nolemon.com
5  sandro@nolemon.com

6  Attorneys for Plaintiff,
   MARK RIDENER
7

8  Brian Vanderhoof, (SBN 248511)
   Jonathan Won, (SBN 293910)
9  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   45 Fremont Street, Suite 3000
10 San Francisco, California 94105
   Telephone: (213) 680-5064
11 Facsimile: (213) 250-7900

12 Attorneys for Defendant,
   FORD MOTOR COMPANY
13

14            **UNITED STATES DISTRICT COURT**

15           **CENTRAL DISTRICT OF CALIFORNIA**

16

17 MARK RIDENER, an individual,        Case No.: 8:24-cv-01561-FWS (JDEx)

18          Plaintiff,

19          vs.                        **STIPULATION FOR DISMISSAL OF ACTION**

20 FORD MOTOR COMPANY;                 **[F.R.C.P. 41(a)(1)(A)(ii)]**
   NORM REEVES, INC.; and DOES
21 1 through 50, inclusive

22          Defendants.

23

24

25

26

27

28

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2    **RECORD:**

3        **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(ii) of the

4    Federal Rules of Civil Procedure, and pursuant to a confidential settlement

5    agreement entered into by Plaintiff MARK RIDENER and Defendant FORD

6    MOTOR COMPANY, the parties hereby stipulate to dismiss this action in its

7    entirety, with prejudice, and that this court shall retain jurisdiction to enforce the

8    terms of the settlement agreement reached in this action.

9

10   Dated: October 17, 2024,        **CONSUMER LAW EXPERTS, PC**

11

12                                 By:  /s/ *Alessandro Manno*
                                        Alessandro Manno
13                                      Attorneys for Plaintiff,
                                        MARK RIDENER
14

15

16   Dated: October 17, 2024,        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

17

18

19                                 By:  /s/ *Brian Vanderhoof*
                                        Brian Vanderhoof
20                                      Jonathan Won
                                        Attorneys for Defendant,
21                                      FORD MOTOR COMPANY

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION
[F.R.C.P. 41(A)(1)(A)(II)]

1

## **SIGNATURE ATTESTATION**

2      I hereby certify that the authorization for the submitting of this document has

3   been obtained by each of the other signatories shown above and that all signatories

4   concur in the document's content.

5

6                               By: /s/ *Alessandro Manno*

7                                   Alessandro Manno

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION
[F.R.C.P. 41(A)(1)(A)(II)]

1  
2  
3  
4  
5  
6  
7  

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, I filed the foregoing document entitled **STIPULATION FOR DISMISSAL OF ACTION [F.R.C.P. 41(a)(1)(A)(ii)]** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

By: /s/ *Alessandro Manno*

Alessandro Manno

8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28